| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) BEAM, CLARENCE A | 2. Court or Organization 8th Circuit Court of Appeals | 3. Date of Report 4/23/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge - Senior | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 435 Federal Building Lincoln, NE 68508 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
■ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Nebraska State Bar Foundation, Lincoln, NE |
| 2. | Director | Lincoln Rotary Club 14 Foundation, Lincoln, NE |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Knudsen, Berkheimer, Richardson & Endacott (my former law firm) pension plan (no control except over my separate, segregated portion, until August 8, 2003. |
| 2. | | The plan was terminated and my portion was rolled over into an IRA, details of which are reported in Section VII.) |

RECEIVED APR 28 A 9 09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Knudsen, Berkheimer, Richardson & Endacott pension plan (listed in Parts II and VII). | 10,984 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| | | | | D. | | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | from | | | | |
| | | | | (2) | (3) | (4) | (5) | |

1. Income/Gain Codes:     A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and B4)   F = $50,001-$100,000      G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:          J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000     O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000                          P4 = More than $50,000,000

3. Value Method Codes      Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment             T = Cash/Market
   (See Column C2)          U = Book Value            V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BEAM, CLARENCE A | 4/23/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Small amounts of cash were sometimes held by the Trustee | | | | | | | | | |
| 20. pending investment or reinvestment in the mutual | | | | | | | | | |
| 21. fund designated above. Individual transactions by trustee | | | | | | | | | |
| 22. or within the Mutual Fund Portfolio are not required | | | | | | | | | |
| 23. to be reported as I understand the instructions. | | | | | | | | | |
| 24. Rollover IRA - Wells Fargo Investments LLC | D | Interest | N | T | | | | | |
| 25. The Knudsen-Berkheimer self-employment pension plan was | | | | | | | | | |
| 26. terminated and I was forced to roll-over the assets to an | | | | | | | | | |
| 27. IRA. The IRA purchased | | | | | | | | | |
| 28. --Hartford Mut Fds Inc. Inflation Plus FD CL A | | | | | buy | 8/28 | L | | |
| 29. --U.S. Treasury Inflation Index Notes (6) | | | | | buy | 8/28 | M | | |
| 30. Ameritas Life Ins. Co. life policy | A | INDI* | J | T | | | | | *INDI-interest and dividends |
| 31. Lincoln National Life Co. life policy | A | INDI* | J | T | | | | | |
| 32. New York Life Ins. Co. life policies (3) | B | INDI* | K | T | | | | | |
| 33. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▓▓▓▓▓▓▓▓▓▓▓▓▓▓            Date _April 23, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544